# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| LaMothe, Louise A. | Central District of California | 11/7/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Magistrate Judge - Part Time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☒ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

United States District Court
Federal Building
1415 State Street, Room 202
Santa Barbara, CA 93101-2511

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 11/7/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Louise A. LaMothe - A Professional Corporation | $115,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | California State Teachers' Retirement System |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 11/7/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 11/7/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #4 | | | | | | | | | |
| 2. -Costco Whsl Corp | A | Dividend | K | T | | | | | |
| 3. -Ford Motor Corp | A | Dividend | J | T | | | | | |
| 4. -Google, Inc | | None | K | T | | | | | |
| 5. -Qualcomm, Inc | A | | J | T | | | | | |
| 6. -Tesla Motors Inc | | None | J | T | | | | | |
| 7. -Matthews Pacific Tiger Fund | B | Dividend | K | T | | | | | |
| 8. -Parnassus Equity Income Fund | A | Dividend | K | T | | | | | |
| 9. IRA #2 (Wells Fargo CD) | A | Interest | N | T | | | | | |
| 10. American Tower Corp REIT | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 11. Avalon Bay Communities REIT Inc | A | Dividend | | | Sold | 08/19/15 | J | B | |
| 12. Boston Properties Inc REIT | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 13. Brixmore Property Group Inc | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 14. Brookdale Senior Living Inc | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 15. Cousins Properties Inc REIT | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 16. Crown Castle Intl Corp | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 17. Cubesmart CUSIP | A | Dividend | | | Sold | 04/01/15 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 11/7/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. DDR Corp | A | Dividend | | | Sold | 07/14/15 | J | A | |
| 19. Eastgroup Pprtys Inc REIT | A | Dividend | | | Sold | 08/11/15 | J | A | |
| 20. Empire State Realty Trust Inc | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 21. Essex Property Trust Inc REIT | A | Dividend | | | Sold | 08/19/15 | J | B | |
| 22. Federal Rlty Invt Trust SBI REIT | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 23. General Growth Pptys Inc | A | Dividend | | | Sold | 06/17/15 | J | A | |
| 24. Health Care REIT Inc | A | Dividend | | | Sold | 08/14/15 | J | A | |
| 25. Hilton Worldwide Holdings | A | Dividend | J | T | Buy (add'l) | 03/02/15 | J | | |
| 26. Host Hotels & Resort | A | Dividend | J | T | Buy (add'l) | 02/12/15 | J | | |
| 27. Hudson Pacific PPTYS Inc | A | Dividend | J | T | Buy (add'l) | 07/21/15 | J | | |
| 28. Kilroy RLTY Corp REIT | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 29. LaSalle Hotel Pptys Inc REIT | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 30. Liberty Property Trust REIT | A | Dividend | J | T | | | | | |
| 31. Mid-Amer Apt Communities | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 32. National Health Invs Inc | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 33. National Retail Pptys Inc | A | Dividend | | | Sold | 07/20/15 | J | A | |
| 34. Paramount GRP Inc | | None | J | T | Buy | 05/19/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 11/7/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Piedmont Office Rlty TR Inc Com Class A | A | Dividend | | | Sold | 08/13/15 | J | A | |
| 36. Prologis Inc | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 37. Public Storage Inc REIT | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 38. Realty Income Corp REIT | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 39. Retail Opportunity Investments Co | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 40. RLJ Lodgint Trust | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 41. Simon Property Group REIT Inc New | A | Dividend | | | Sold | 08/19/15 | J | C | |
| 42. SL Green Rlty Corp REIT | A | Dividend | | | Sold | 06/12/15 | J | A | |
| 43. UDR Inc | A | Dividend | | | Sold | 07/19/15 | J | A | |
| 44. Washington Prime Group | A | Dividend | J | T | | | | | |
| 45. Weyerhaeuser Co | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 46. Goldman Sachs Group Inc | A | Dividend | | | Sold | 08/03/15 | J | A | |
| 47. AT&T n/k/a AT&T Inc Bonds 5.50% | A | Interest | | | Sold | 08/17/15 | J | A | |
| 48. Berkshire Hathaway Inc n/k/a Berkshire Hathaway 1.900% | A | Interest | | | Sold | 01/14/15 | J | A | |
| 49. Comerica Bank | A | Interest | | | Sold | 08/17/15 | J | A | |
| 50. Putnam Capital Spectrum CL | A | Interest | M | T | Buy | 02/10/15 | M | | |
| 51. US Bancorp | A | Dividend | | | Sold | 08/17/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 11/7/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Kimberly-Clark Notes | A | Interest | | | Sold | 08/17/15 | J | A | |
| 53. Suntrust Banks n/k/a Suntrust Senior Notes 6.00% | A | Interest | | | Sold | 01/20/15 | J | A | |
| 54. PECO Energy Co n/k/a PECO Energy Co 1st MTG Bonds 5.350% | A | Interest | | | Sold | 08/17/15 | J | A | |
| 55. State Street Corp n/k/a State Street Corp Subordinate 4.958% | A | Interest | | | Sold | 08/17/15 | J | A | |
| 56. Cons Edison Co of NY n/k/a Cons Edison Co of NY Debentures 5.850% | A | Interest | | | Sold | 08/17/15 | J | A | |
| 57. Johnson & Johnson n/k/a Johnson & Johnson Senior Notes | A | Interest | | | Sold | 08/17/15 | J | A | |
| 58. Prudential Financial Inc Medium Term Notes 2.30% | A | Interest | | | Sold | 08/17/15 | J | A | |
| 59. IBM Corp n/k/a IBM Corp Notes 7.625% | A | Interest | | | Sold | 08/17/15 | J | A | |
| 60. South Carolina Elec & Gas n/k/a South Carolina Elec & Gas 1st Mortg 5. | A | Interest | | | Sold | 08/17/15 | J | A | |
| 61. BB&T Corp Medium Term Notes 2.250% | A | Interest | | | Sold | 08/17/15 | J | A | |
| 62. United Technologies Corp n/k/a United Technologies Corp Senior Notes | A | Interest | | | Sold | 08/17/15 | J | A | |
| 63. Procter & Gamble Co Notes 4.700% | A | Interest | | | Sold | 08/17/15 | J | A | |
| 64. Allstate Corp n/k/a Allstate Corp Senior Notes 7.450% | A | Interest | | | Sold | 08/17/15 | J | A | |
| 65. Walt Disney Co The SR Unsecured 1.850% | A | Interest | | | Sold | 08/17/15 | J | A | |
| 66. United Parcel Service n/k/a UPS Sr Unsecured 3.12% | A | Interest | | | Sold | 08/17/15 | J | A | |
| 67. Metlife Inc n/k/a Metlife Sr Unsecured 4.750% | A | Interest | | | Sold | 08/17/15 | J | A | |
| 68. Coca Cola Co n/k/a Coca Cola the SR Unsecured 3.300% | A | Interest | | | Sold | 08/17/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Target Corp n/k/a Target Corp SR Uncallable 3.500% | A | Interest | | | Sold | 08/17/15 | J | A | |
| 70. National Rural Util Corp n/k/a National Rural Utl Finance Corp 3.050% | A | Interest | | | Sold | 08/07/15 | J | A | |
| 71. Northern States PWR-MINN | A | Interest | | | Sold | 08/17/15 | J | A | |
| 72. Public Service Colorado n/k/a Public Service Colorado 1st Mortg 2.250% | A | Interest | | | Sold | 08/17/15 | J | A | |
| 73. American Express Credit Corp n/k/a American Express Credit Corp Notes | A | Interest | | | Sold | 08/17/15 | J | A | |
| 74. PNC Financial Services n/k/a PNC FIN SVR Subornate 3.800% | A | Interest | | | Sold | 08/17/15 | J | A | |
| 75. Pepsico Inc n/k/a Inc SR Unsecured 3.600% | A | Interest | | | Sold | 08/17/15 | J | A | |
| 76. FNMA Pass Thru Pool | A | Interest | | | Sold | 08/25/15 | J | A | |
| 77. LPL Financial Investment Acct #1 | | | | | | | | | |
| 78. -AQR Diversified Arbitrage | A | Dividend | | | Sold | 02/10/15 | M | A | |
| 79. -Delaware Diversified CL | A | Dividend | M | T | | | | | |
| 80. -Columbia Acron Intl | A | Distribution | M | T | | | | | |
| 81. -Eaton Vance Floating Rate | A | Dividend | M | T | | | | | |
| 82. -Federated Prudent Dollar Bear | A | Dividend | | | Sold | 02/10/15 | M | A | |
| 83. -Oppenheimer Developing Markets | A | Dividend | L | T | | | | | |
| 84. -Pimco All Asset All Authority | A | Dividend | | | Sold | 02/10/15 | M | A | |
| 85. -SPDR S&P 500 ETF | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -T Rowe Price Real Estate | A | Dividend | M | T | | | | | |
| 87.  -Money Fund GVI n/k/a US GVT MM Fund | A | Dividend | J | T | | | | | |
| 88.  LPL Financial Investment Account #2 | | | | | | | | | |
| 89.  -Blackrock Global Allocation | A | Dividend | M | T | | | | | |
| 90.  -Delaware Diversified Income | A | Dividend | | | Sold | 02/10/15 | L | A | |
| 91.  -Federated Prudent Dollar Bear | A | Dividend | | | Sold | 02/10/15 | K | A | |
| 92.  -Blackrock Multi Asset Income Instl CL | A | Dividend | M | T | Buy | 02/10/15 | M | | |
| 93.  -Metropolitan West High Yield Bond | A | Dividend | M | | | | | | |
| 94.  -Metropolitan West Total Return Bond | A | Dividend | M | T | | | | | |
| 95.  -Pimco Commodity Real Return Strategy | A | Dividend | | | Sold | 02/10/15 | L | A | |
| 96.  -Powershares QQQ ETF | A | Dividend | M | T | | | | | |
| 97.  -Vanguard Windsor II | A | Dividend | M | T | | | | | |
| 98.  -Franklin Templeton Emerging Market Debt | A | Dividend | L | T | | | | | |
| 99.  -Money Fund GVI n/k/a JPM US Gt Money Market D/Fund | A | Dividend | J | T | | | | | |
| 100.  TIAA Traditional Annuity (Age Based no control) | A | Int./Div. | K | T | | | | | |
| 101.  TIAA-CREF Asset Allocation Fund | A | Int./Div. | L | T | | | | | |
| 102.  Abgott Laboratories | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 11/7/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Abbvie Inc | A | Dividend | J | T | | | | | |
| 104. American International Group WTS | A | Dividend | J | T | | | | | |
| 105. Automatic Data Processing | A | Dividend | J | T | | | | | |
| 106. CDK Global Holdings LLC | A | Dividend | J | T | | | | | |
| 107. Colgate Palmolive Co | A | Dividend | J | T | | | | | |
| 108. Exxon Mobil Corp | A | Dividend | J | T | | | | | |
| 109. General Electric Company | A | Dividend | J | T | | | | | |
| 110. General Mills Inc | A | Dividend | J | T | | | | | |
| 111. Home Depot Inc | A | Dividend | J | T | | | | | |
| 112. Intel Corp | A | Dividend | J | T | | | | | |
| 113. Kohls Corp | A | Dividend | J | T | | | | | |
| 114. McDonald's Corp | A | Dividend | J | T | | | | | |
| 115. Medtronic Inc | A | Dividend | | | Sold | 01/27/15 | J | D | |
| 116. Microsoft Corp | A | Dividend | J | T | | | | | |
| 117. Pfizer Inc | A | Dividend | J | T | | | | | |
| 118. Schlumberger Ltd | A | Dividend | J | T | | | | | |
| 119. Wal-Mart Stores Inc | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 11/7/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Walgreens Boots | A | Dividend | J | T | | | | | |
| 121. Wells Fargo & Co Multi Step Up CPN Medium Term Note CPN 3.250% | A | Interest | J | T | | | | | |
| 122. North Orange Cty Comm College | A | Interest | | | Sold | 01/05/15 | K | A | |
| 123. Springfield MA Prefunded Mun Purp Ln | A | Interest | | | Sold | 11/16/15 | J | A | |
| 124. Sacramento Ca Mun Util | A | Interest | K | T | | | | | |
| 125. California St Dept Wtr Res Pwr | A | Interest | K | T | | | | | |
| 126. San Francisco CA City * Cnty Arpts Commn Ntl | A | Interest | J | T | | | | | |
| 127. Puerto Rico Pub Fin Corp | A | Interest | K | T | | | | | |
| 128. El Camino Ca Cmty College | A | Interest | J | T | | | | | |
| 129. University Tex Unv RVS REF SYS | A | Interest | J | T | | | | | |
| 130. Eugene OR Elec Util Rev | A | Interest | J | T | | | | | |
| 131. Springfield MA Unrefd Bal Mun | A | Interest | | | Sold | 11/16/15 | K | A | |
| 132. Ventura County CA Cmnty College | A | Interest | J | T | | | | | |
| 133. Bakersfield CA Wastewater REV SER | A | Interest | K | T | | | | | |
| 134. Los Angeles CA Dpt Arpts Sub LA intl Arpt | A | Interest | J | T | | | | | |
| 135. Eastern Mun Wtr Dis CA | A | Interest | J | T | | | | | |
| 136. Conn ST HSG Fin Auth HSG | A | Interest | | | Sold | 08/11/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. University CA REvs LTD Proj | A | Interest | K | T | | | | | |
| 138. Central CA UNI SCH Dist | A | Interest | K | T | | | | | |
| 139. Montclair CA Pub FING Auth LSE | A | Interest | J | T | | | | | |
| 140. Golden West SCHS Fing CA REF Beverly Hills UNI | A | Interest | K | T | | | | | |
| 141. Rail to CA REDEV Agy Successor AGY Tax | A | Interest | J | T | | | | | |
| 142. Antelope VLY CA UN HIGH SCH Dist | A | Interest | | | Sold | 08/03/15 | J | A | |
| 143. Perris CA UN High Sch Dist RFDG | A | Interest | | | Sold | 02/12/15 | J | A | |
| 144. American Tower Corp REIT | A | Dividend | | | Sold | 08/19/15 | J | B | |
| 145. TROWE PRICE IRA (Global Tech) | A | Dividend | K | T | | | | | |
| 146. TROWE PRICE IRA (Spectrum Growth) | A | Dividend | J | T | | | | | |
| 147. Northwestern Mutual Life Ins Policy | C | Dividend | M | T | | | | | |
| 148. John Hancock Life Ins Policy | A | Dividend | M | T | | | | | |
| 149. Rental Property #1 Pebble Beach, C Beach, Monterey CA 1/3 Interest | F | Rent | P1 | W | | | | | |
| 150. Crown Life Life Ins Policy | A | Dividend | J | T | | | | | |
| 151. Templeton Global Bond Advisor CL | A | Dividend | K | T | Buy | 02/10/15 | K | | |
| 152. Buffalo Flexible Income Fund | A | Dividend | J | T | | | | | |
| 153. Parnassus Core Equity FD Inv | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 11/7/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Schwab US Div Equity ETF | A | Dividend | J | T | | | | | |
| 155. Crown Classic Chkg Acct | A | Interest | J | T | | | | | |
| 156. Crown Classic Chkg #2 | A | Interest | J | T | | | | | |
| 157. City National Bank Chkg #1 (Trust 1990) | A | Interest | J | T | | | | | |
| 158. City National Bank Chkg #2 (Trust 1997) | A | Interest | J | T | | | | | |
| 159. City National Bank Chkg #3 (Trust) | A | Interest | J | T | | | | | |
| 160. USAA (Savings Acct) | A | Interest | J | T | | | | | |
| 161. Federal Home Loan Bank | A | Interest | J | T | | | | | |
| 162. LA California Cmnty Facs | A | Interest | J | T | | | | | |
| 163. Royal Bank of Canada | A | Interest | K | T | | | | | |
| 164. Costco Wholesale Co | A | Dividend | J | T | | | | | |
| 165. Air Products & Chemicals | A | Dividend | J | T | | | | | |
| 166. Amer Balanced Fd Cl C | A | Dividend | | | Merged (with line 220) | 12/23/15 | J | | |
| 167. Costco Whsl Corp New | A | Dividend | J | T | | | | | |
| 168. HCP Inc | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 169. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 170. Kellogg Company | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. New Jersey Res Corp | A | Dividend | J | T | | | | | |
| 172. Paychex Inc | A | Dividend | J | T | | | | | |
| 173. United Parces Service-B UPS | A | Dividend | J | T | | | | | |
| 174. Cohen & Steers PFD SECS & INCOME FD INC | A | Dividend | | | Sold | 06/23/15 | J | B | |
| 175. CitiGroup - Bond | A | Interest | J | T | | | | | |
| 176. FHLB - Bond | A | Interest | J | T | | | | | |
| 177. Goldman Sachs Group Inc Notes CPN 5.950% | A | Interest | J | T | | | | | |
| 178. General Elec Cap Corp Medium Term Notes CPN 5.400% | A | Interest | J | T | | | | | |
| 179. Jackson National Life Ins - Perspective II Variable Annuity | A | Interest | M | T | | | | | |
| 180. Citybank Checking Account | A | Interest | J | T | | | | | |
| 181. Union Bank Checking (1/3 Interest) | A | Interest | J | T | | | | | |
| 182. Citibank Corp Chkg (Louise A. LaMothe APC) | A | Interest | | | Closed | 12/01/15 | J | | |
| 183. Citibank Corp Savings (Louise A. LaMothe APC) | A | Interest | | | Closed | 12/01/15 | J | | |
| 184. GE Capital n/k/a GE Capital Internotes Medium Term Notes 5.000% 6178 | A | Dividend | | | Sold | 04/15/15 | K | A | |
| 185. Goldman Sachs GRP Inc Medium Term Notes 6.000% | A | Interest | | | Sold | 07/08/15 | K | A | |
| 186. AT&T Inc | A | Dividend | J | T | | | | | |
| 187. Eli Lilly & Co | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 11/7/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Northeast Utilities | A | Dividend | J | T | | | | | |
| 189. Eversource Energy | A | Dividend | J | T | | | | | |
| 190. Scana Corp Com SCG | A | Dividend | J | T | | | | | |
| 191. Sysco Corporation SYY | A | Dividend | J | T | | | | | |
| 192. Wells Fargo 6.5 Yr MLN | A | Interest | J | T | | | | | |
| 193. Merill Lynch 7% PFD Cap | A | Interest | J | T | | | | | |
| 194. Phillips 66 | A | Dividend | J | T | | | | | |
| 195. Wisdom Tree Emerging ET | A | Dividend | J | T | | | | | |
| 196. Wisdom Tree Intl MC | A | Dividend | J | T | | | | | |
| 197. Wisdom Tree Intl SC | A | Dividend | J | T | | | | | |
| 198. Wisdom Tree LC DVD FD | A | Dividend | J | T | | | | | |
| 199. Wisdom Tree Midcap Div FD | A | Dividend | J | T | | | | | |
| 200. Wisdom Tree TR ET Midcap Earnings FD | A | Dividend | J | T | | | | | |
| 201. Wisdom Tree S/C DVD FD | A | Dividend | J | T | | | | | |
| 202. Citigroup Inc SR | A | Interest | J | T | | | | | |
| 203. Citigroup Funding Inc Medium Term Notes f/k/a Citigroup Funding Inc | A | Interest | K | T | | | | | |
| 204. GE Capital Internotes Medium Term Notes CPN 5.450% | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. John Hancock Life Ins Co Signature Notes f/k/a John Hancock Life Ins C | A | Int./Div. | J | T | | | | | |
| 206. Wells Fargo & Co Multi Step Up Cpn Bond 3.250% | A | Interest | J | T | | | | | |
| 207. GE Capital Internotes Medium Term Notes CPN 4.450% | A | Interest | J | T | | | | | |
| 208. GE Capital Intenotes Medium Term Notes CPN 5.200% | A | Interest | J | T | | | | | |
| 209. Madera Cnty CA Brd ED 4% | A | Interest | K | T | | | | | |
| 210. Los Angeles Cnty CA Redev Auth Tax Alloc | A | Interest | J | T | | | | | |
| 211. Alameda County CA Redev Agy Tax Alloc Eden Area Proj Ser A Rev B/E | A | Interest | J | T | | | | | |
| 212. Los Angeles Calif Comm Facs Dist Spl Tax Escrow 4-Playa Vista-PH | A | Interest | K | T | | | | | |
| 213. Solano County CA CTFS Partn Rfdg Rev B E MBIA | B | Interest | K | T | | | | | |
| 214. GE Money Bank CD | A | Interest | | | Sold | 12/18/15 | J | A | |
| 215. Wells Fargo Bank CD 7 YR MLCD 4.5% | A | Interest | J | T | | | | | |
| 216. HSBC BANK USA CD | A | Interest | | | Sold | 08/19/15 | J | | |
| 217. Wells Fargo Bank NA CD Linked to S&P 500 7.5% | A | Interest | J | T | | | | | |
| 218. Wells Fargo Note Linked to Currency Basket CPN | A | Interest | J | T | | | | | |
| 219. Amer Balanced FD Inc | A | Interest | | | Merged (with line 220) | 12/23/15 | J | | |
| 220. (American Funds) Capital Income Bldr CL F2 | A | Interest | M | T | Buy | 08/20/15 | M | | |
| 221. New World CL F2 | A | Interest | L | T | Buy | 12/23/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 11/7/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Prudential Jennison Natural Resources | | None | | | Sold | 01/20/15 | K | A | |
| 223. Pacific Life f/k/a Lincoln Natl Life Ins Co Legacy III | A | Dividend | M | T | | | | | |
| 224. Chesapeake Energy Corp | A | Dividend | J | T | | | | | |
| 225. Camden Prop Trust | A | Dividend | | | Buy | 07/24/15 | J | | |
| 226. Camden Prop Trust | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 227. Eastgroup Pprtys Inc REIT | A | Dividend | J | T | Buy | 02/03/15 | J | | |
| 228. Empire State REalty Trust Inc | A | Dividend | J | T | Buy | 04/30/15 | J | | |
| 229. Hilton Worldwide Holdings | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 230. Host Hotels & Resort | A | Dividend | | | Sold | 06/19/15 | J | A | |
| 231. Hudson Pacific Pptys Inc | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 232. Kilroy Rlty Corp REIT | A | Dividend | J | T | Buy | 02/19/15 | J | | |
| 233. Paramount Grp Inc | A | Dividend | | | Sold | 07/14/15 | J | A | |
| 234. Piedmont Office Rlty TR Inc Com Class A | A | Dividend | J | T | Buy | 01/21/15 | J | | |
| 235. Prologis Inc | A | Dividend | J | T | Buy | 06/04/15 | J | | |
| 236. Public Storage Inc REIT | A | Dividend | J | T | Buy | 08/13/15 | J | | |
| 237. Realty Income Corp REIT | A | Dividend | J | T | Buy | 01/21/15 | J | | |
| 238. RLJ Lodging Trust | A | Dividend | J | T | Buy | 07/13/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 11/7/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Retail Opportunity Investments Corp | A | Dividend | J | T | Buy | 03/13/15 | J | | |
| 240. Strategic Hotels & Resorts Inc | A | Dividend | | | Buy | 06/17/15 | J | | |
| 241. Strategic Hotels & Resorts Inc | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 242. Taubman Centers Inc REIT | A | Dividend | J | T | Buy | 05/15/15 | J | | |
| 243. Ventas Inc | A | Dividend | | | Buy | 01/16/15 | J | | |
| 244. Ventas Inc | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 245. American Campus Communities | A | Dividend | | | Buy | 06/02/15 | J | | |
| 246. American Campus Communities | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 247. Care Cap PPTYS Inc | A | Dividend | | | Buy | 01/16/15 | J | | |
| 248. Care Cap PPTYS Inc | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 249. Diamondrock Hospitality Company | A | Dividend | | | Buy | 06/17/15 | J | | |
| 250. Diamondrock Hospitality Company | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 251. Equinix Inc | A | Dividend | | | Buy | 05/06/15 | J | | |
| 252. Equinix Inc | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 253. Extra Space Storage Inc | A | Dividend | | | Buy | 04/09/15 | J | | |
| 254. Extra Space Storage Inc | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 255. HCP Inc | A | Dividend | J | T | Buy | 08/13/15 | J | | |

1. Income Gain Codes: A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000
2. Value Codes J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000 | P4 =More than $50,000,000
3. Value Method Codes Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market
(See Column C2) U =Book Value | V =Other | W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 11/7/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Healthcare Realty TR Inc REIT | A | Dividend | | | Buy | 01/16/15 | J | | |
| 257. Healthcare Realty TR Inc REIT | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 258. Healthcare TR AMER Inc | A | Dividend | | | Buy | 01/26/15 | J | | |
| 259. Healthcare TR AMER Inc | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 260. Infrareit Inc | A | Dividend | | | Buy | 06/15/15 | J | | |
| 261. Infrareit Inc | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 262. Rexford IND Realty Inc | A | Dividend | | | Buy | 06/01/15 | J | | |
| 263. Rexford IND Realty Inc | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 264. Washington Real Estate REIT Investment Trust | A | Dividend | | | Buy | 06/18/15 | J | | |
| 265. Washington Real Estate REIT Investment Trust | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 266. Weingarten Realty REIT Investors Shares | A | Dividend | | | Buy | 06/02/15 | J | | |
| 267. Weingarten Realty REIT Investors Shares | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 268. WP Glimcher Inc (X) | A | Dividend | | | Sold | 03/17/15 | J | A | |
| 269. FS Investment Corp III | A | Interest | L | T | Buy | 09/02/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 11/7/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 268 (2015): Inserted a parenthetical "(X)" alongside the name of the asset to signify the value was below the reporting threshold.

Line 10 (2014): Listed but not owned in 2015.

Lines 48, 49, 156, 171, 177, 178, 187, 189, 221, 229, 230 (2014): Duplicate entries on 2014 report.

Line 199 (2014): Formerly listed DKaplan TR/TTEE, but stopped listing that header line and deleted it from report.

Not addressed in committee's letter:
Line 147: Edited/Corrected B(1) and B(2) accordingly.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Louise A. LaMothe**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544